IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARVIN MUHAMMAD EL BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-0586-CV-W-ODS |
| ) | |
| OFFICER GREGORY MCCORD, ) | |
| OFFICER A. BOWLIN, ) | |
| OFFICER GREG SMITH, ) | |
| GRANDVIEW POLICE DEPARTMENT ) | |
| CITY OF GRANDVIEW, ) | |
| ) | |
| Defendants. ) | |

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pending is Plaintiff's Motion for Summary Judgment (Doc. 15). Plaintiff's one-page Motion failed to show that there are no material facts in dispute and that Plaintiff is entitled to judgment as a matter of law. Accordingly, the Motion is denied.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: September 13, 2013 UNITED STATES DISTRICT COURT