IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MARVIN MUHAMMAD EL BEY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 13-0586-CV-W-ODS |
| OFFICER GREGORY MCCORD, OFFICER A. BOWLIN, OFFICER GREG SMITH, GRANDVIEW POLICE DEPARTMENT CITY OF GRANDVIEW, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER AND OPINION DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT

Plaintiff's Motion for Default Judgment against Greg Smith (Doc. 20), Plaintiff's Motion for Default Judgment against Gregory McCord (Doc. 21), Plaintiff's Motion for Default Judgment against A. Bowlin (Doc. 22), Plaintiff's Motion for Default Judgment against City of Grandview (Doc. 23), and Plaintiff's Motion for Default Judgment against the Grandview Police Department (Doc. 24). Defendants timely filed their Motions to Dismiss Plaintiff's Complaint and Supporting Suggestions, as well as their Suggestions in Opposition to Plaintiff's Motion for Summary Judgment on August 20, 2013. *See* Docs. 16, 17, & 18. Accordingly, Defendants are not in default pursuant to Rule 55 of the Federal Rules of Civil Procedure. Defendants' request to issue sanctions against Plaintiff is denied.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: October 2, 2013
UNITED STATES DISTRICT COURT